UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

SOFTPOINT, INC., ROBERT H. COSBY, RONALD G. STOECKLEIN, REMINGTON PUBLICATIONS, INC., and JOHN W. LANE,

                Defendants.

----

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff – Petitioner – Judgment Creditor,

- against -

ROBERT H. COSBY,

    Defendant – Respondent – Judgment Debtor.

95 CV 2951 CS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/12

ORDER TO SHOW CAUSE
ON MOTION FOR
TURNOVER ORDER
PURSUANT TO RULE 69(a)
FED. R. CIV. P. AND
NY CPLR 5225 AND 5227

Upon the Declaration of John J. Graubard, the Exhibits thereto, the Commission's Memorandum of Law, and all pleadings and proceedings heretofore filed and had herein, and it appearing to the undersigned that an Order to Show Cause should issue, it is hereby

ORDERED, that the Defendant – Respondent – Judgment Debtor Robert H. Cosby ("Cosby") show cause before the Hon. __JED S. RAKOFF__, United States District Judge, in Courtroom __14 B__, Daniel P. Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, at __11:00 A__.M. on the __7th__ day of __February__, 2012, why the motion of the Plaintiff – Petitioner – Judgment Creditor Securities and Exchange Commission (the "Commission") for a turnover order pursuant to Rule

69(a) of the Federal Rules of Civil Procedure and New York Civil Practice Law and Rules 5225 and 5227 should not be granted.

FURTHER ORDERED, that the Commission served a copy of this Order to Show Cause, the Declaration of John J. Graubard, the Exhibits thereto, and the Commission's Memorandum of Law on Cosby by overnight delivery service and by certified mail, return receipt requested, on Cosby at the following address:

>   Robert H. Cosby
>   4650 Saratoga Drive
>   Redding, CA 96002

on or before _January 12_, 2012.

FURTHER ORDERED, that the Commission provide notice of this motion by sending a copy of this Order to Show Cause, the Declaration of John J. Graubard, the Exhibits thereto, and the Commission's Memorandum of Law by overnight delivery service to:

>   Malcolm Ruby, Esq.
>   Gowlings Lafleur Henderson LLP
>   1 First Canadian Place
>   100 King Stree West, Suite 1600
>   Toronto, Ontario, Canada M5X 1G5

And to

>   Global Action Investments Limited
>   c/o Peter Skokan
>   827 Pender Street
>   Vancouver, British Columbia, Canada V6C 3G8

on or before _January 12_, 2012.

- 3 -

FURTHER ORDERED, that any opposing affidavits, declarations, memorandums of law, motions to intervene, or other papers shall be served on the Commission and filed with the Court on or before ___January 23___, 2012, ~~and that the Commission serve any reply papers on all opposing parties and file them with the Court on or before _____, 2012.~~ DAB 1/9/12

Dated:   New York, New York
         January __9__, 2012

_Deborah A. Batts_
UNITED STATES DISTRICT JUDGE